# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

**HEIMERL LAW FIRM**
Wolfgang Heimerl, Esq. (WH-5192)
67 Wall Street
Suite 2211, PMB-8370
New York, New York 10005
Tel. (212) 709-8370

Attorneys for Plaintiff
  **ADOLFO FORTI MARMI S.P.A.**

*approved.*
*5/26/05*

---

**ADOLFO FORTI MARMI S.P.A.,**

                                    **Plaintiff,**

       vs.

**MARBLE MODES INC.,**

                                    **Defendant.**

---

CIVIL ACTION NO.  04 - 4471 (JBW)

**DEFAULT JUDGMENT**

This action having been commenced on October 12, 2004 with the filing of a Summons and Complaint and copies of the Summons and Complaint having been served upon Defendant Marble Modes, Inc. personally on November 15, 2004 and proof of such service having been filed on December 7, 2004, and the Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is,

       **ORDERED, ADJUDGED AND DECREED**: that Plaintiff have judgment against Defendant, Marble Modes, Inc., in the liquidated amount of $152,774.73 with interest at 9% amounting to $26,292.57, amounting in all to $179,067.30

Dated: Brooklyn, New York
       March __, 2005

                              **ROBERT C. HEINEMANN**
                              Clerk of the Court

                              By: _____
                                       Deputy Clerk



# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

**HEIMERL LAW FIRM**
Wolfgang Heimerl, Esq. (WH-5192)
67 Wall Street
Suite 2211, PMB-8370
New York, New York 10005
Tel. (212) 709-8370

Attorneys for Plaintiff
  **ADOLFO FORTI MARMI S.P.A.**

---

**ADOLFO FORTI MARMI S.P.A.,**

                    **Plaintiff,**

   vs.

**MARBLE MODES INC.,**

                 **Defendant.**

CIVIL ACTION NO. 04 - 4471 (JBW)

**AFFIRMATION OF
WOLFGANG HEIMERL
IN SUPPORT OF PLAINTIFF'S
REQUEST FOR THE ENTRY OF A
<u>DEFAULT JUDGMENT</u>**

---

**WOLFGANG HEIMERL, ESQ.,** does hereby affirm, under the penalty of perjury, as follows:

1.     I am an attorney admitted to practice in this Court and am the attorney of record for the Plaintiff, Adolfo Forti Marmi, S.P.A., in the above-captioned action.

2.     I submit this Affirmation in support of Plaintiff's request for the entry of a Default Judgment pursuant to *Federal Rule of Civil Procedure 55(b)(1)* and *Local Rule 55.2(a)*.

3.     This is an action is for breach of purchase agreements. As set forth in the Complaint, which is annexed hereto as Exhibit A, Defendants have failed to fulfill their contractual obligations.

4.     Subject matter jurisdiction is proper pursuant to *28 U.S.C. § 1332,* inasmuch as diversity exists among the parties, and the amount in controversy, exclusive of interest and costs, exceeds the jurisdictional requirement of $75,000.00

5. Plaintiff filed the instant action on October 12, 2004.

6. On November 15, 2004 Defendant Marble Modes, Inc. was served with a copy of the Summons and Complaint. A copy of the Affidavit of Service is annexed hereto as Exhibit B.

7. The Affidavit of Service on Defendant Marble Modes, Inc. was filed on December 7, 2004.

8. The time to answer the Complaint has expired.

9. The allegations set forth in the Complaint are, to the best of Plaintiff's knowledge, true and correct. In order to facilitate the entry of a Default Judgment at this time, Plaintiff hereby waives any claims for attorney's fees and/or any other substantive relief. Annexed hereto as Exhibit C is the Affidavit of Plaintiff.

10. Subsequent to the preparation of Plaintiff's Affidavit, this office received two additional payments, of $5,000.00 each, on account of Defendant's debt (dated January 28, 2005 and February 23, 2005) which have been forwarded to the Plaintiff. Accordingly, the Judgment sought is for $179,067.30 ($10,000.00 less than that amount sought in Plaintiff's Affidavit).

11. It is requested that a Default Judgment be entered at this time for the liquidated amounts as set forth in the Declaration of Carmine Losco and the exhibits annexed thereto, less the $10,000.00 received subsequent thereto.

12. Accordingly, Plaintiff Adolfo Forti Marmi, S.P.A. respectfully requests the entry of a Default Judgment against Defendant Marble Modes, Inc. in the amount of $179,067.30.

Dated: March 24, 2005

Wolfgang Heimerl (WH-5192)



# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

**HEIMERL LAW FIRM**
Wolfgang Heimerl, Esq. (WH-5192)
67 Wall Street
Suite 2211, PMB-8370
New York, New York 10005
Tel. (212) 709-8370

Attorneys for Plaintiff
  **ADOLFO FORTI MARMI S.P.A.**

---

**ADOLFO FORTI MARMI S.P.A.,**

**Plaintiff,**

vs.

**MARBLE MODES INC.,**

**Defendant.**

---

CIVIL ACTION NO. 04 - _____ (    )

**COMPLAINT**

Plaintiff, Adolfo Forti Marmi S.p.A., by way of Complaint against defendant, Marble Modes Inc., states as follows:

## THE PARTIES

1.  Plaintiff Adolfo Forti Marmi S.p.A. ("Adolfo") is a business entity organized and existing pursuant to the laws of Italy with its principal business address located at Via Carriona 430, Carrara, Italy 54031.

2.  Upon information and belief, defendant Marble Modes, Inc. ("MM") is a corporation organized and existing pursuant to the laws of the State of New York with its principal place of business at 15-25 130th Street, College Point, New York 11356.

## JURISDICTION AND VENUE

3. Inasmuch as diversity exists among the parties, and the amount in controversy, exclusive of interest and costs, exceeds the jurisdictional requirement, jurisdiction is appropriate pursuant to *28 U.S.C. § 1332.* Upon information and belief, MM maintains an office for the conduct of business in the, County of Queens, State of New York. Accordingly, venue in this Court is appropriate pursuant to *28 U.S.C. § 1391(a).*

## THE UNDERLYING FACTS

4. Adolfo is an Italian exporter of, among other things, Carrara marble.

5. Upon information and belief, MM is, among other things, a distributor of marble in the United States.

6. At all relevant times, Adolfo and MM maintained a business relationship wherein Adolfo would export marble to the United States at the express request MM.

7. The course of conduct between the parties is that MM would issue a written order to Adolfo, and Adolfo would prepare an order confirmation which was countersigned by MM -- thereby creating a contract to purchase the requested goods.

## COUNT I
### (Breach of Contract)

8. Adolfo repeats, reiterates and re-alleges the allegations in set forth in paragraphs 1 through 7 above as if fully set forth herein

9. During the years 2002, 2003 and 2004, MM placed, at least, 11 orders for goods from Adolfo.

10. Adolfo shipped the orders as requested, and confirmed, by MM.

11. Adolfo issued invoices for the above-referenced shipments in the amount of $191,789.94, of which the sum of $15,000.00 has been paid and $176,789.94 remains due and outstanding as of the date hereof.

12. Despite demand by Adolfo, MM has failed and refused to pay the remaining outstanding portions of the above-referenced invoices in the aggregate sum of $176,789.94.

13. As a result of defendant's breach of the contract, Adolfo has suffered damages in the amount of $176,789.94, together with interest and late charges.

## COUNT II
### (Account Stated)

14. Adolfo repeats, reiterates and re-alleges the allegations in set forth in paragraphs 1 through 13 above as if fully set forth herein.

15. Adolfo presented to MM invoices on account of the goods shipped.

16. MM has accepted, without objection, the invoices representing the outstanding amount of $191,789.94, and has made only partial payments, totaling $15,000.00 as detailed above, thereon.

17. As a result of the foregoing, Adolfo has suffered damages in the amount of $176,789.94, together with interest and late charges.

**WHEREFORE**, Adolfo respectfully demands Judgment against MM as follows:
(A) On Count I of the complaint, compensatory damages in an amount of $176,789.94, together with interest and late charges,
(B) On Count II of the complaint, compensatory damages in an amount of $176,789.94, together with interest and late charges,

(C) For an award of plaintiff's costs of this action, including without limitation, attorneys' fees; and

(D) For such other, further or different relief as this Court may deem proper, just and appropriate.

Dated: October 1, 2004

**HEIMERL LAW FIRM**
Attorney for Plaintiff

By: _____
Wolfgang Heimerl, Esq. (WH-5192)

AFFIDAVIT OF SERVICE UPON A CORPORATION

INDEX # CV044471
DATE PURCHASED
WAS ENDORSED ON
THE DOCUMENT SERVED

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Eastern

HEIBERL LAW FIRM
75 Claremont Rd Ste 2?
BERNARDSVILLE
NY 07924

Castro Forti Mares Spa

— against —

Marble Modes Inc

(908) 766-5585

City File #                    Record # 54995        File # 345

STATE OF NEW YORK: COUNTY OF NASSAU ss

Trevor Mitchell being duly sworn deposes and says deponent
is not a party to this action and is over the age of eighteen years
and resides in the state of New York;

That on 11/15/04 at 2:35pm   at 05-71 130th Street College Point Ny 11356
deponent served the within Summons In A Civil Action & Complaint & Civil Cover Sheet
by personally delivering to and leaving with Novia "Doe"
for Marble Modes Inc
a true copy thereof, and that deponent knew the person so served
to be the Receptionist and stated (s)he was authorized to
accept legal papers for the corporation.

A description of the person served is as follows:

Approx Age: 32 Years   Approx Weight: 140 Lbs.   Approx Height: 5'5"
Sex: Female   Color of Skin: Yellow   Color of Hair: Brown
Other: Refused To Give Last Name

The following does not apply to this affidavit of service:

confirmed the above address of defendant and asked whether defendant was in active military
service of the United States or the State of New York in any capacity whatever or is a dependent
of anyone in the military and received a negative reply. Defendant wore ordinary civilian clothes
and no military uniform. The source of my information and the grounds of my belief are the
conversations and observations above narrated. Upon information and belief I aver that defendant is
not in the military service of New York State or of the United States as that term is defined in either the
State or in Federal statutes.

Sworn to before me this 11/17/04
Jeffrey Wittenberg #41-4965457
Notary Public, State of New York
         , Commissi

Trevor Mitchell

Supreme Judicial Services, Inc.

371 Merrick Road • Rockville Centre, N.Y. 11570 • (516) 825-7600
225 Broadway • New York, N.Y. 10007 • (212) 319-7171
FAX (516) 568-08??

**HEIMERL LAW FIRM**
Wolfgang Heimerl, Esq. (WH-5192)
67 Wall Street
Suite 2211, PMB-8370
New York, New York 10005
Tel. (212) 709-8370

Attorneys for Plaintiff
  **ADOLFO FORTI MARMI S.P.A.**

| | |
|---|---|
| **ADOLFO FORTI MARMI S.P.A.,**<br><br>Plaintiff,<br><br>vs.<br><br>**MARBLE MODES INC.,**<br><br>Defendant. | CIVIL ACTION NO. 04 - 4471 (JBW)<br><br>**DECLARATION**<br>**OF**<br>**CARMINE LOSCO** |

I, CARMINE LOSCO, hereby declare as follows:

1. I am an individual residing in Italy and am the General Manager of the Plaintiff Adolfo Forti Marmi S.p.A. ("Adolfo"). I am personally familiar with the facts set forth herein, and if sworn to witness, I would, and I could, competently testify thereto.

2. I make this declaration in support of Adolfo's application for the entry of a Judgment, by default, as against Defendant Marble Modes, Inc.

3. I have read the Complaint in the above-captioned matter and I believe the allegations set forth therein to be true and correct as of the date thereof.

4. At the time of the filing of the Complaint, there remained due and outstanding the principal sum of $176,789.94 for invoices rendered on account of goods provided during the period 2002 through and including 2004.

5. Since the time of the filing of the Complaint, the Defendant has made payments, in the total sum of $14,015.21[1], on account of the past due invoices set forth in the Complaint.

6. Therefore, as of the date hereof, the outstanding amount due on the invoices set forth in the Complaint is $162,774.73. The invoices which make up the amounts past due are collectively annexed as Exhibit A.

7. As set forth on Adolfo's invoices (See, Exhibit A), all invoices are to be paid within ninety (90) days. All invoices not paid within ninety (90) days accrue interest beginning the ninety-first (91) day.

8. As set forth on the schedule annexed as Exhibit B, the interest due on the outstanding invoices is the total amount of $26,292.57.[2]

9. Accordingly, Adolfo respectfully requests Judgment as against Marble Modes, Inc. in the total sum of $189,067.30.

I certify that under the penalties of perjury, under the laws of the State of New York and the United States of America and Italy that the foregoing is true and correct.

Executed on this 17th day of January 2005.

Carmine Losco

---

[1] Defendant has made three payments of $5,000.00 each, one on or about November 1, 2004; December 7, 2004; and January 5, 2005. Of the $15,000.00 received, $984.79 was on account of an invoice which predated those set forth in the Complaint.

[2] No rate of interest is stated on each invoice. Accordingly, interest has been calculated at the rate of 9% per annum as allowed in the State of New York.

**Exhibit A**

Stabilimento e Sede:
Via Carriona, 430/a
54033 CARRARA (MS) Italy
Tel. +39 0585 857233/4
Tel. +39 0585 858901/2/3/4
Fax +39 0585 52246/7
Casella Postale n. 74
www.adolfoforti.com
E mail: info@adolfoforti.com



# AF
## adolfo forti marmi S.p.A.

Capitale Sociale € 900.000,00 i.v. - produzione marmi e graniti grezzi e lavorati

MESSRS
MARBLE MODES Inc.
15-25 130th Street
11356 COLLEGE POINT, NY  USA

CARRARA,        26.09.2002

INVOICE  N.        1195/2002

For the following materials delivered EX-FACTORY, in Container
bundled.
Payment: Direct Remittance at 90 days from Invoice's date

COUNTRY OF ORIGIN ITALY

CONTAINER N KNLU 335691/1
N 8 BUNDLES
KOS 21.500
SEAL N 09902

REF 3455/2002
POWCAR140

BIANCO CARRARA
POLISHED SLABS

| | | | | |
|---|---|---|---|---|
| 66 PCS | 2,00 CM.THK. | 2790,372 SF | 3,15 US$ | 8.789,67 |

REF 3763/2002

| | | | | |
|---|---|---|---|---|
| 14 PCS | 2,00 CM.THK. | 552,774 SF | 3,15 US$ | 1.741,24 |
| 10 PCS | 3,00 CM.THK. | 420,180 SF | 4,10 US$ | 1.722,74 |
| | | | US$ | 12.253,65 |

Operazione non imponibile iva ai sensi



cod. fisc. 00060620457
partita iva IT 00060620457
registro delle imprese MS n. 00060620457
C.C.I.A.A. REA n. 20763



PIETRA



MEMBER

MARBLE INSTITUTE OF AMERICA

Stabilimento e Sede:
Via Carriona, 430/a
54033 CARRARA (MS) Italy
Tel. +39 0585 857233/4
Tel. +39 0585 858901/2/3/4
Fax +39 0585 52246/7
Casella Postale n. 74
www.adolfoforti.com
E mail: info@adolfoforti.com



# AF

# adolfo forti marmi S.p.A.

## Capitale Sociale € 900.000,00 i.v. - produzione marmi e graniti grezzi e lavorati

MESSRS
MARBLE MODES Inc.
15-25 130th Street
11356  COLLEGE POINT, NY  USA

CARRARA,      17.10.2002

INVOICE  N.      1325/2002

For the following materials delivered EX-FACTORY, in Container
bundled.
Payment: Direct Remittance at 90 days from Invoice's date

COUNTRY OF ORIGIN ITALY

CONTAINER N HJCU 800558/9
N 8 BUNDLES
KOS 21.500

REF 3890/2002

ZIMBABWE BLACK
POLISHED SLABS
65 PCS                2,00 CM.THK.    3819,882 SF        5,13 US$          19.595,99
                                                                    ==================
                                                          US$          19.595,99
                                                                    ==================

Operazione non imponibile iva ai sensi
Articolo 8 1.Comma Lettera B DPR 633
del 26.10.1972

Subject to the acceptance of our Sales Agreement available on
www.adolfoforti.com/agreement.htm.Please feel free to contact us
for receiving the same by fax


cod. fisc. 00060620457
partita iva IT 00060620457
registro delle imprese MS n. 00060620457
C.C.I.A.A. REA n. 20763


PIETRA

MEMBER

MARBLE INSTITUTE OF AMERICA

Stabilimento e Sede:
Via Carriona, 430/a
54033 CARRARA (MS) Italy
Tel. +39 0585 857233/4
Tel. +39 0585 858901/2/3/4
Fax +39 0585 52246/7
Casella Postale n. 74
www.adolfoforti.com
E mail: info@adolfoforti.com



# adolfo forti marmi S.p.A.



Capitale Sociale € 900.000,00 i.v. - produzione marmi e graniti grezzi e lavorati

```
MESSRS
MARBLE MODES Inc.
15-25 130th Street
11356  COLLEGE POINT, NY  USA
```

CARRARA,        30.10.2002

INVOICE  N.        1381/2002

For the following materials delivered EX-FACTORY, in Container
bundled.
Payment: Direct Remittance at 90 days from Invoice's date

COUNTRY OF ORIGIN ITALY

CONTAINER N POCU 053413/7
N 8 BUNDLES
KOS 21.000

REF 3890/2002

```
GIALLO VENEZIANO
POLISHED SLABS
   33 PCS               3,00 CM.THK.    1637,084 SF       7,26 US$        11.885,23
TROPIC BROWN
POLISHED SLABS
   15 PCS               3,00 CM.THK.     882,688 SF       6,12 US$         5.402,05
TROPIC BROWN
POLISHED SAMPLE NO COMMERCIAL VALUE
    1 PCS               3,00 CM.THK.       1,000 PCS     10,00 US$            10,00
                                                                  ==================
                                                          US$          17.297,28
                                                                  ==================
```

Operazione non imponibile iva ai sensi
Articolo 8 1.Comma Lettera B DPR 633


cod. fisc. 00060620457
partita iva IT 00060620457
registro delle imprese MS n. 00060620457
C.C.I.A.A. REA n. 20763







Stabilimento e Sede:
Via Carrona, 430/a
54033 CARRARA (MS) Italy
Tel. +39 0585 857233/4
Tel. +39 0585 858901/2/3/4
Fax +39 0585 52246/7
Casella Postale n. 74
www.adolfoforti.com
E mail: info@adolfoforti.com

# adolfo forti marmi S.p.A.

Capitale Sociale € 900.000,00 i.v. - produzione marmi e graniti grezzi e lavorati

MESSRS
MARBLE MODES Inc.
15-25 130th Street
11356  COLLEGE POINT, NY  USA

CARRARA,        30.10.2002

INVOICE  N.      1385/2002


For the following materials delivered EX-FACTORY, in Container
bundled.
Payment: Direct Remittance at 90 days from Invoice's date

COUNTRY OF ORIGIN ITALY

CONTAINER N INBU 330006/3
N 9 BUNDLES
KGS 21.500

REF 3890/2002

| | | | | |
|---|---|---|---|---|
| VERDE FONTAINE | | | | |
| POLISHED SLABS | | | | |
| 11 PCS | 3,00 CM.THK. | 587,258 SF | 6,05 US$ | 3.552,91 |
| GOLDEN LEAF | | | | |
| POLISHED SLABS | | | | |
| 13 PCS | 3,00 CM.THK. | 568,925 SF | 7,41 US$ | 4.215,73 |
| GIALLO VENEZIANO | | | | |
| POLISHED SLABS | | | | |
| 15 PCS | 3,00 CM.THK. | 755,441 SF | 7,26 US$ | 5.484,50 |
| GIALLO VENEZIANO | | | | |
| POLISHED SAMPLE NO COMMERCIAL VALUE | | | | |
| 1 PCS | 2,00 CM.THK. | 1,000 PCS | 10,00 US$ | 10,00 |
| ZIMBABWE BLACK | | | | |
| POLISHED SLABS | | | | |
| 11 PCS | 3,00 CM.THK. | 578,978 SF | 6,70 US$ | 3.879,15 |

US$      17.142,29

Operazione non imponibile iva ai sensi




cod. fisc. 00060620457
partita iva IT 00060620457
registro delle imprese MS n. 00060620457
C.C.I.A.A. REA n. 20763



PIETRA



MEMBER

Stabilimento e Sede:
Via Carriona, 430/a
54033 CARRARA (MS) Italy
Tel. +39 0585 857233/4
Tel. +39 0585 858901/2/3/4
Fax +39 0585 52246/7
Casella Postale n. 74
www.adolfoforti.com
E mail: info@adolfoforti.com





# adolfo forti marmi S.p.A.

Capitale Sociale € 900.000,00 i.v. - produzione marmi e graniti grezzi e lavorati

```
MESSRS
MARBLE MODES Inc.
15-25 130th Street
11356  COLLEGE POINT, NY  USA
```

CARRARA,        2.04.2003

INVOICE  N.        365/2003

For the following materials delivered EX-FACTORY, in Container
bundled and crated
Payment: Direct Remittance at 90 days from Invoice's date

COUNTRY OF ORIGIN ITALY

CONTAINER N HJCU 800559/4
N 8 BUNDLES + N 1 CRATE
KOS 21.500
SEAL N 04646

REF 4305/2003

N 4 BUNDLES - KOS 9.500
VERDE LAVRAS
POLISHED GRANITE SLABS 68029310
  22 PCS              3,00 CM.THK.    1146,130 SF         6,20 US$         7.106,01

N 4 BUNDLES - KOS 11.100
SUPAI
HONED MARBLE SLABS 68029190
  19 PCS              2,00 CM.THK.     764,129 SF         3,25 US$         2.483,42
SUPAI
HONED MARBLE SLABS 68029190
  14 PCS              3,00 CM.THK.     538,399 SF         4,30 US$         2.315,12

N 1 CRATE - KOS 900
MARBLE BIANCO CARRARA ROUGH



cod. fisc. 00060620457
partita iva IT 00060620457
registro delle imprese MS n.00060620457
C.C.I.A.A. REA n. 20763



PIETRA



MEMBER

MARBLE INSTITUTE OF AMERICA

Stabilimento e Sede:
Via Carriona, 430/a
54033 CARRARA (MS) Italy
Tel. +39 0585 857233/4
Tel. +39 0585 858901/2/3/4
Fax +39 0585 52246/7
Casella Postale n. 74
www.adolfoforti.com
E mail: info@adolfoforti.com



# adolfo forti marmi S.p.A.



M. MS 00068/7

---

Capitale Sociale € 900.000,00 i.v. – produzione marmi e graniti grezzi e lavorati

MESSRS
MARBLE MODES Inc.
15-25 130th Street
11356   COLLEGE POINT, NY  USA

CARRARA,       2.04.2003

INVOICE  N.       365/2003

68022100
| PIECE 56" X 14 1/2"  8 1/2" | 1,000 PCS | 590,00 US$ | 590,00 |
| PIECE 38" X 13"   7" | 2,000 PCS | 295,00 US$ | 590,00 |
| PIECE 72" X 30"   3" | 1,000 PCS | 580,00 US$ | 580,00 |
| | | US$ | 13.664,55 |

Operazione non imponibile iva ai sensi
Articolo 8 1.Comma Lettera B DPR 633
del 26.10.1972

Subject to the acceptance of our Sales Agreement available on
www.adolfoforti.com/agreement.htm.Please feel free to contact us
for receiving the same by fax



cod. fisc. 00060620457
partita iva IT 00060620457
registro delle imprese MS n. 00060620457
C.C.I.A.A. REA n. 20763



PIETRA



MEMBER

Stabilimento e Sede:
Via Carriona, 430/a
54033 CARRARA (MS) Italy
Tel. +39 0585 857233/4
Tel. +39 0585 858901/2/3/4
Fax +39 0585 52246/7
Casella Postale n. 74
www.adolfoforti.com
E mail: info@adolfoforti.com



# adolfo forti marmi S.p.A.



Capitale Sociale € 900.000,00 i.v. - produzione marmi e graniti grezzi e lavorati

```
MESSRS
MARBLE MODES Inc.
15-25 130th Street
11356  COLLEGE POINT, NY  USA
```

CARRARA,      11.07.2003

INVOICE  N.          806/2003

For the following materials delivered EX-FACTORY, in Container
crated
Payment: Direct Remittance at 90 days from Invoice's date

COUNTRY OF ORIGIN ITALY

CONTAINER N TRLU 904052/6 (PARTIAL)
N 1 CRATE
KOS 950
SEAL N 02693 02913

REF 4594/2003

MARBLE STATUARIO POLISHED
68029190
PIECE 12,7 CM THICK = SF 26,156        1,000 PCS      1.950,00 US$        1.950,00
                                                                   ==================
                                                         US$        1.950,00
                                                                   ==================

Operazione non imponibile iva ai sensi
Articolo 8 1.Comma Lettera B DPR 633
del 26.10.1972

Subject to the acceptance of our Sales Agreement available on
www.adolfoforti.com/agreement.htm.Please feel free to contact us


cod. fisc. 00060620457
partita iva IT 00060620457
registro delle imprese MS n. 00060620457
C.C.I.A.A. REA n. 20763



MEMBER

MARBLE INSTITUTE OF AMERICA

Stabilimento e Sede:
Via Carriona, 430/a
54033 CARRARA (MS) Italy
Tel. +39 0585 857233/4
Tel. +39 0585 858901/2/3/4
Fax +39 0585 52248/7
Casella Postale n. 74
www.adolfoforti.com
E mail: info@adolfoforti.com



# adolfo forti marmi S.p.A.



## Capitale Sociale € 900.000,00 i.v. - produzione marmi e graniti grezzi e lavorati

MESSRS
MARBLE MODES Inc.
15-25 130th Street
11356  COLLEGE POINT, NY  USA

CARRARA,        18.12.2003

INVOICE  N.       1417/2003

For the following materials delivered EX-FACTORY, in Container
bundled.
Payment: Direct Remittance at 90 days from Invoice's date

COUNTRY OF ORIGIN ITALY

CONTAINER N POCU 058840/5
N 9 BUNDLES
KOS 21.500
SEAL N 0011693

REF 5104/2003
03/1212

N 4 BUNDLES - KOS 9.300
GIALLO VENEZIANO
POLISHED GRANITE SLABS 68029310
  25 PCS              3,00 CM.THK.    1115,936 SF          7,95 US$          8.871,69

N 2 BUNDLES - KOS 4.700
ZIMBABWE BLACK
POLISHED GRANITE SLABS 68029310
  14 PCS              2,00 CM.THK.     836,428 SF          5,80 US$          4.851,28

N 3 BUNDLES - KOS 7.500
BIANCO CARRARA
POLISHED MARBLE SLABS 68029190
  33 PCS              2,00 CM.THK.    1467,644 SF          3,50 US$          5.136,75
                                                        ==================
                                        US$             18.859,72
                                                        ==================



cod. fisc. 00060620457
partita iva IT 00060620457
registro delle imprese MS n. 00060620457
C.C.I.A.A. REA n. 20763



MEMBER


Stabilimento e Sede:
Via Carriona, 430/a
54033 CARRARA (MS) Italy
Tel. +39 0585 857233/4
Tel. +39 0585 858901/2/3/4
Fax +39 0585 52246/7
Casella Postale n. 74
www.adolfoforti.com
E mail: info@adolfoforti.com

# AF

## adolfo forti marmi S.p.A.



ICMQ    N. MS 00052

Capitale Sociale € 900.000,00 i.v. - produzione marmi e graniti grezzi e lavorati

```
MESSRS
MARBLE MODES Inc.
15-25 130th Street
11356  COLLEGE POINT, NY  USA
```

CARRARA,     23.12.2003

INVOICE  N.     1438/2003

For the following materials delivered EX-FACTORY, in Container
bundled.
Payment: Direct Remittance at 90 days from Invoice's date

COUNTRY OF ORIGIN ITALY

```
CONTAINER N POCU 043298/4
N 8 BUNDLES
KOS 20.000
SEAL N 0012021
```

```
REF 5104/2003
03/1212
```

VERDE LAVRAS
POLISHED GRANITE SLABS 68029310
   43 PCS          3,00 CM.THK.    2298,526 SF      6,50 US$        14.940,42
                                                    ==================
                                          US$        14.940,42
                                                    ==================
```

Operazione non imponibile iva ai sensi
Articolo 8 1.Comma Lettera B DPR 633
del 26.10.1972

Subject to the acceptance of our Sales Agreement available on


cod. fisc. 00060620457
partita iva IT 00060620457
registro delle imprese MS n. 00060620457
C.C.I.A.A. REA n. 20763





MEMBER



**AF**

# adolfo forti marmi S.p.A.

Stabilimento e Sede:
Via Camona, 430/a
54033 CARRARA (MS) Italy
Tel. +39 0585 857233/4
Tel. +39 0585 858901/2/3/4
Fax +39 0585 52246/7
Casella Postale n. 74
www.adolfoforti.com
E mail: info@adolfoforti.com

ICMQ

---

Capitale Sociale € 900.000,00 i.v. - produzione marmi e graniti grezzi e lavorati

MESSRS
MARBLE MODES Inc.
15-25 130th Street
11356  COLLEGE POINT, NY  USA

CARRARA,       5.03.2004

INVOICE  N.        251/2004

For the following materials delivered EX-FACTORY, in Container bundled.
Payment: Direct Remittance at 90 days from Invoice's date

COUNTRY OF ORIGIN ITALY

CONTAINER N. MSCU 313964/0
SEAL 438636
N. 8 BUNDLES
KOS.21500

BIANCO CARRARA 68029190
POLISHED MARBLE SLABS

| | | | | |
|---|---|---|---|---|
| 23 PCS | 2,00 CM.THK. | 909,420 SF | 4,75 US$ | 4.319,75 |
| 8 PCS | 5,00 CM.THK. | 365,397 SF | 11,70 US$ | 4.275,14 |
| 16 PCS | 3,00 CM.THK. | 745,893 SF | 6,50 US$ | 4.848,30 |

BLACK MORGAN 68029310
POLISHED GRANITE SLABS

| | | | | |
|---|---|---|---|---|
| 12 PCS | 3,00 CM.THK. | 573,619 SF | 10,70 US$ | 6.137,72 |

US$      19.580,91

Operazione non imponibile iva ai sensi
Articolo 8 1.Comma Lettera B DPR 633
del 26.10.1972



cod. fisc. 00060620457
partita iva IT 00060620457
registro delle imprese MS n. 00060620457
C.C.I.A.A. REA n. 20763



PIETRA

MEMBER


Stabilimento e Sede:
Via Carriona, 430/a
54033 CARRARA (MS) Italy
Tel. +39 0585 857233/4
Tel. +39 0585 858901/2/3/4
Fax +39 0585 52246/7
Casella Postale n. 74
www.adolfoforti.com
E mail: info@adolfoforti.com

# AF

## adolfo forti marmi S.p.A.



Capitale Sociale € 900.000,00 i.v. - produzione marmi e graniti grezzi e lavorati

MESSRS
MARBLE MODES Inc.
15-25 130th Street
11356   COLLEGE POINT, NY  USA

CARRARA,        29.03.2004

INVOICE  N.        332/2004

For the following materials delivered EX-FACTORY, in Container O/T
bundled.
Payment: Direct Remittance at 90 days from Invoice's date

COUNTRY OF ORIGIN ITALY

CONTAINER N. OCLU 419434/0
SEALS N.G 411671- G 411672
N. 8 BUNDLES KOS. 21.500

PO GVENLTI
OUR REF 5227/2004

GIALLO VENEZIANO 68029310
POLISHED GRANITE SLABS
   47 PCS              3,00 CM.THK.    2631,006 SF          8,50 US$          22.363,55
                                                                              ==================
                                                                   US$          22.363,55
                                                                              ==================

Operazione non imponibile iva ai sensi
Articolo 8 1.Comma Lettera B DPR 633
del 26.10.1972

Subject to the acceptance of our Sales Agreement available on
www.adolfoforti.com/agreement.htm.Please feel free to contact us


cod. fisc. 00060620457
partita iva IT 00060620457
registro delle imprese MS n. 00060620457
C.C.I.A.A. REA n. 20263


PIETRA
NATURALE

M E M B E R


Stabilimento e Sede:
Via Carriona, 430/a
54033 CARRARA (MS) Italy
Tel. +39 0585 857233/4
Tel. +39 0585 858901/2/3/4
Fax +39 0585 52246/7
Casella Postale n. 74
www.adolfoforti.com
E mail: info@adolfoforti.com





# adolfo forti marmi S.p.A.

Capitale Sociale € 900.000,00 i.v. - produzione marmi e graniti grezzi e lavorati

MESSRS
MARBLE MODES Inc.
15-25 130th Street
11356  COLLEGE POINT, NY  USA

CARRARA,        20.04.2004

INVOICE  N.      415/2004

For the following materials delivered EX-FACTORY, in Container
bundled.
Payment: Direct Remittance at 90 days from Invoice's date

COUNTRY OF ORIGIN ITALY

CONTAINER N. SUDU 152009/5
SEAL N. 0020438
N. 8 BUNDLES
KOS. 21.000

PO SAWT404
SARDINIAN WHITE  68029310
POLISHED GRANITE SLABS
   11 PCS            3,00 CM.THK.    661,558 SF          4,40 US$            2.910,86

PO BABR404
BALTIC BROWN 68029310
POLISHED GRANITE SLABS
   30 PCS            3,00 CM.THK.   1465,162 SF          5,70 US$            8.351,42

PO GHIB104
GHIBLI 68029310
POLISHED GRANITE SLABS
   7 PCS             3,00 CM.THK.    366,645 SF          6,70 US$            2.456,52
                                                                    ==================
                                                        US$             13.718,80
                                                                    ==================

Operazione non imponibile iva ai sensi



cod. fisc. 00060620457
partita iva IT 00060620457
registro delle imprese MS n. 00060620457
C.C.i A.A. REA n. 20763



PIETRA



MEMBER

MARBLE INSTITUTE OF AMERICA

Stabilimento e Sede:
Via Carriona, 430/a
54033 CARRARA (MS) Italy
Tel. +39 0585 857233/4
Tel. +39 0585 858901/2/3/4
Fax +39 0585 52248/7
Casella Postale n. 74
www.adolfoforti.com
E mail: info@adolfoforti.com





# adolfo forti marmi S.p.A.

Capitale Sociale € 900.000,00 i.v. – produzione marmi e graniti grezzi e lavorati

```
MESSRS
MARBLE MODES Inc.
15-25 130th Street
11356  COLLEGE POINT, NY  USA
```

CARRARA,          26.04.2004

INVOICE  N.          439/2004

For the following materials delivered EX-FACTORY, in Container bundled.
Payment: Direct Remittance at 90 days from Invoice's date

COUNTRY OF ORIGIN ITALY

CONTAINER N. MSCU 123017/5
SEAL N. 0012269
N. 9 BUNDLES
KGS. 21400

OUR REF 5286/2004

```
GIALLO CECILIA 68029310
POLISHED GRANITE SLABS
  22 PCS          3,00 CM.THK.    1078,710 SF        6,50 US$        7.011,62
PO GSTC104


VERDE MARINACE 68029310
POLISHED GRANITE SLABS
  13 PCS          3,00 CM.THK.     568,173 SF        8,40 US$        4.772,65
PO VEMAC104


VOLGA BLUE 68029310
POLISHED GRANITE SLABS
  11 PCS          3,00 CM.THK.     600,387 SF       10,90 US$        6.544,22
PO VOBLU 404
```



cod. fisc. 00060620457
partita iva IT 00060620457
registro delle imprese MS n. 00060620457
C.C.I.A.A. REA n. 20763

MEMBER



Stabilimento e Sede:
Via Carriona, 430/a
54033 CARRARA (MS) Italy
Tel. +39 0585 857233/4
Tel. +39 0585 858901/2/3/4
Fax +39 0585 52246/7
Casella Postale n. 74
www.adolfoforti.com
E mail: info@adolfoforti.com

# AF

## adolfo forti marmi S.p.A.



---

Capitale Sociale € 900.000,00 i.v. - produzione marmi e graniti grezzi e lavorati

MESSRS
MARBLE MODES Inc.
15-25 130th Street
11356 COLLEGE POINT, NY USA

CARRARA, 26.04.2004

INVOICE N. 439/2004

GHIBLI 68029310
POLISHED GRANITE SLABS
  6 PCS        3,00 CM.THK.    312,581 SF        6,70 US$        2.094,29
PO GHIB104

==================
                                                            US$        20.422,78
==================

Operazione non imponibile iva ai sensi
Articolo 8 1.Comma Lettera B DPR 633
del 26.10.1972

Subject to the acceptance of our Sales Agreement available on
www.adolfoforti.com/agreement.htm.Please feel free to contact us
for receiving the same by fax



cod. fisc. 00060620457
partita iva IT 00060620457
registro delle imprese MS n. 00060620457
C.C.I.A.A. REA n. 20763



MEMBER

**Exhibit B**

# Interest Calculation

| Invoice Number | Invoice Date | Payment Due Date | Invoice Amount | Amount Paid | Date Paid | Days Past Due | Amount Past Due | Interest Due | |
|---|---|---|---|---|---|---|---|---|---|
| 1057/2002 | | | | $984.79 | 08/10/04 | 593 | $0.00 | $1,791.72 | 0.000247 |
| 1195/2003 | 09/26/02 | 12/25/02 | $12,253.65 | $4,015.21 | 08/10/04 | 614 | | $1,247.28 | 0.000247 |
| | | | | $5,000.00 | 09/01/04 | 642 | $0.00 | $512.65 | 0.000247 |
| | | | | $3,238.44 | 09/29/04 | 622 | | $3,005.43 | 0.000247 |
| 1325/2002 | 10/17/02 | 01/15/03 | $19,595.99 | $1,761.56 | 09/29/04 | 655 | | $2,880.38 | 0.000247 |
| | | | | $5,000.00 | 11/01/04 | 691 | | $2,186.78 | 0.000247 |
| | | | | $5,000.00 | 12/07/04 | 720 | | $503.21 | 0.000247 |
| | | | | $5,000.00 | 01/05/05 | 712 | $2,834.43 | $3,036.74 | 0.000247 |
| 13812/2002 | 10/30/02 | 01/28/03 | $17,297.28 | | | 713 | $17,297.28 | $3,013.76 | 0.000247 |
| 1385/2002 | 10/30/02 | 01/28/03 | $17,142.29 | | | 560 | $17,142.29 | $1,866.83 | 0.000247 |
| 365/2003 | 04/02/03 | 07/01/03 | $13,664.55 | | | 459 | $13,664.55 | | 0.000247 |
| 806/2003 | 07/11/03 | 10/09/03 | $1,950.00 | | | 291 | $1,950.00 | $220.70 | 0.000247 |
| 1417/2003 | 12/18/03 | 03/18/04 | $18,859.72 | | | 294 | $18,859.72 | $1,353.25 | 0.000247 |
| 1438/2003 | 12/23/03 | 03/23/03 | $14,940.42 | | | 215 | $14,940.42 | $1,083.08 | 0.000247 |
| 2512/2004 | 03/05/04 | 06/04/04 | $19,580.91 | | | 197 | $19,580.91 | $1,038.06 | 0.000247 |
| 332/2004 | 03/29/04 | 06/28/04 | $22,363.55 | | | 176 | $22,363.55 | $1,086.32 | 0.000247 |
| 415/2004 | 04/20/04 | 07/19/04 | $13,718.80 | | | 169 | $13,718.80 | $595.36 | 0.000247 |
| 439/2004 | 04/26/04 | 07/26/04 | $20,422.78 | | | | $20,422.78 | $851.04 | 0.000247 |
| | | | $192,774.73 | $30,000.00 | | | $162,774.73 | $26,292.57 | |

Total Amount Due: $189,067.30

Less Payments on 1/28/05 & 2/23/05: $10,000.00

Total Now Due: $179,067.30

DIF

## HEIMERL LAW FIRM

1 Anderson Road, Suite 105
Bernardsville, New Jersey 07924

———

Tel: (908) 766-3385
Fax: (908) 766-4821

*New York Office:*

67 Wall Street
Suite 2211, PMB-8370
New York, New York 10005
Tel.: (212) 709-8370

Wolfgang Heimerl
Admitted in NJ & NY

April 19, 2005

**Via UPS Overnight Delivery**

Honorable Cheryl L. Pollack
United States District Court
for the Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Adolfo Forti Marmi S.p.A. v. Marble Modes, Inc.**

Dear Judge Pollack:

     This firm represents the plaintiff, Adolfo Forti Marmi S.p.A., in the above-referenced action.

     This letter is written in response to Your Honor's Order of March 21, 2005 seeking a status update on this case. On March 25, 2005, this firm filed, via the ECF system a: (i) Clerk's Certificate; (ii) proposed Default Judgment; and (iii) Affirmation in Support of plaintiff's request for the entry of a default Judgment. There has been no further docket entries and we await entry of the Default Judgement. For Your Honor's ready reference, we enclosed Chamber's Copies of these documents.

     Should you have any additional questions, do not hesitate to contact the undersigned.

Respectfully yours,

Wolfgang Heimerl

WH/

cc: Clerk of the Court (w/enclosures, via UPS Overnight Delivery)